**Order entered August 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00459-CR

**VERNON RAY MCCULLOUGH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. MA15-21016-H**

## ORDER

Before the Court is court reporter Georgina Ware's August 19, 2018 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due September 21, 2018.

/s/    CRAIG STODDART
JUSTICE